UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BERNICE JACOBS,                                              NOTICE OF PETITION
                                   Plaintiff,                FOR REMOVAL
   -against-

MELTON TRUCK LINES, INC. and
DARRYL COURTNEY BREWER II,                                   Docket No.:

                                   Defendants.
------------------------------------------------------------------X

PLEASE TAKE NOTICE, that pursuant to 28 U.S.C.A. section 1446, defendants MELTON TRUCK LINES, INC. and DARRYL COURTNEY BREWER II hereby remove the above-captioned case from Supreme Court of the State of New York, County of New York, Index No. 152470/16, to the United States District Court for the Southern District of New York, on the basis of diversity of citizenship conferred by 28 U.S.C.A. Section 1332.

Dated: New York, New York
       May 4, 2016

                                              Yours, etc.,

                                              **MORRISON MAHONEY LLP**
                                              Attorneys for Defendants
                                              MELTON TRUCK LINES, INC. and
                                              DARRYL COURTNEY BREWER II

                                              BY:_____
                                                  Christopher P. Keenoy (CK-7443)
                                              120 Broadway, Suite 1010
                                              New York NY 10271
                                              212-825-1212
                                              File No.:10064354

1075545

TO:

FREDRIC LEWIS, ESQ.
STEVEN SELTZER LAW GROUP P.C.
Attorneys for Plaintiff
11 Broadway, Suite 615
New York NY 10004
646-863-1909

1075545

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK        )
                                           ss.:
COUNTY OF NEW YORK  )

Kim Cuomo, having been duly sworn, deposes and says:

That she is not a party to the within action, is over the age of 18, and resides in Brooklyn, New York.

That on the 5th day of May, 2016 she served the within Notice of Petition for Removal upon:

FREDRIC LEWIS, ESQ.
STEVEN SELTZER LAW GROUP P.C.
Attorneys for Plaintiff
11 Broadway, Suite 615
New York NY 10004

by depositing a true copy of same in a postage-paid, properly addressed, wrapper and placing it under the exclusive care of the United States Postal Service via First Class Mail.

_____
Kim Cuomo

Sworn to before me this

5th day of May, 2016

_____
Notary Public

CATHERINE R. DOMINGUEZ
Notary Public, State of New York
No. 01DO6072649
Qualified in Richmond County
Commission Expires April 8, 2018

1075545